IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOM SOFTWARE INC., | § <br> § |
| *Plaintiff*, | § <br> § C.A. No. 18-159 (RGA) |
| v. | § <br> § |
| HEWLETT PACKARD ENTERPRISE COMPANY and DREAMWORKS ANIMATION LLC, | § **JURY TRIAL DEMANDED** <br> § <br> § <br> § |
| *Defendants*. | § |
| KOM SOFTWARE INC., | § <br> § |
| *Plaintiff*, | § <br> § C.A. No. 18-160 (RGA) |
| v. | § <br> § |
| NETAPP, INC., APACHE CORPORATION, and ON SEMICONDUCTOR, LLC, | § **JURY TRIAL DEMANDED** <br> § <br> § |
| *Defendants*. | § |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by Plaintiff KOM Software Inc. ("Plaintiff" or "KOM") and Defendants Hewlett Packard Enterprise Company ("HPE"), DreamWorks Animation LLC ("DreamWorks"), NetApp Inc. ("NetApp"), Apache Corporation ("Apache"), and ON Semiconductor, LLC ("ON") (collectively, "Defendants") (together the "Parties"), subject to the approval of the Court, that

1.  Although not a petitioner, DreamWorks agrees to be bound by the outcome of the *inter partes* review proceedings identified in Exhibit 1 ("IPRs") under 35 U.S.C. § 315(e)(1)-(e)(2) as if DreamWorks filed the IPRs as petitioner;

2.  Although not a petitioner, Apache agrees to be bound by the outcome of the IPRs identified in Exhibit 1 under 35 U.S.C. § 315(e)(1)-(e)(2) as if Apache filed the IPRs as petitioner;

1

3. Although not a petitioner, ON agrees to be bound by the outcome of the IPRs identified in Exhibit 1 under 35 U.S.C. § 315(e)(1)-(e)(2) as if ON filed the IPRs as petitioner;

4. Defendants agree that they shall not initiate or join any proceeding challenging any of the Asserted Patents[1] before the U.S. Patent and Trademark Office ("USPTO Proceeding"), other than IPRs identified in Exhibit 1.

5. Defendants agree that they shall not request, provide specific approval of, or provide material support (financial or otherwise) for the filing or prosecution of any USPTO Proceeding challenging any of the Asserted Patents by any third party, including without limitation RPX Corporation and/or Unified Patents, Inc. (with the caveat that being a subscriber of and/or providing generalized financial support as a subscriber of such third-party services shall not alone violate these terms regardless of any action that such services might take independently of Defendants' action or suggestion); provided, however, nothing in this paragraph shall prevent a Defendant from requesting, consenting to, or providing material support for the filing or prosecution of a USPTO Proceeding by a third party if (1) that third party is named as a defendant in a lawsuit by Plaintiff; (2) the lawsuit accuses products of the Defendant of infringing the Asserted Patents; and (3) such accused products are provided to the third party by the Defendant.

6. Upon approval of this Stipulation by the Court, this case shall be stayed. Either party may move the Court to lift the stay at any time (which motion may be opposed or unopposed). The stay shall automatically terminate upon request by the parties after the PTAB's issuance of final written decisions in all the instituted IPRs, provided that one or more asserted claims (1) was not instituted by the PTAB in the IPRs and/or (2) was not found to be unpatentable by the PTAB

---

[1] U.S. Patent No. 6,438,642 (the "'642 Patent"), U.S. Patent No. 7,392,234 (the "'234 Patent"), U.S. Patent No. 6,654,864 (the "'864 Patent"), U.S. Patent No. 7,076,624 (the "'624 Patent"), U.S. Patent No. 7,536,524 (the "'524 Patent"), U.S. Patent No. 8,234,477 (the "'477 Patent"), and U.S. Patent No. 9,361,243 (the "'243 Patent").

in the instituted IPRs. To the extent one or more parties desires an additional stay of this case after the initial stay is terminated, such party may file a motion at that time (which motion may be opposed or unopposed).

| | |
|---|---|
| Dated: March 5, 2019 | Respectfully submitted, |
| FARNAN LLP | MCCARTER & ENGLISH, LLP |
| /s/ *Brian E. Farnan* | /s/ *Daniel M. Silver* |
| Brian E. Farnan (#4089) | Michael P. Kelly (#2295) |
| Michael J. Farnan (#5165) | mkelly@mccarter.com |
| 919 North Market Street, 12th Floor | Daniel M. Silver (#4758) |
| Wilmington, DE 19801 | dsilver@mccarter.com |
| (302) 777-0300 | Alexandra M. Joyce (#6423) |
| bfarnan@farnanlaw.com | ajoyce@mccarter.com |
| mfarnan@farnanlaw.com | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| Andrew G. DiNovo | Wilmington, DE 19801 |
| Christopher V. Goodpastor | (302) 984-6300 |
| Gabriel R. Gervey | |
| **DINOVO PRICE LLP** | MORGAN, LEWIS & BOCKIUS LLP |
| 7000 N. MoPac Expressway, Suite 350 | Eric S. Namrow (pro hac vice) |
| Austin, TX 78731 | eric.namrow@morganlewis.com |
| (512) 539-2626 | 1111 Pennsylvania Ave, NW |
| adinovo@dinovoprice.com | Washington, DC 20004-2541 |
| cgoodpastor@dinovoprice.com | Tel: +1.202.739.3000 |
| ggervey@dinovoprice.com | Fax: +1.202.739.3000 |
| *Attorneys for Plaintiff KOM Software, Inc.* | Andrew V. Devkar, (pro hac vice) |
| | andrew.devkar@morganlewis.com |
| | 2049 Century Park East, Suite 700 |
| | Los Angeles, CA 90067-3109 |
| | Tel: +1.310.255.9070 |
| | Fax: +1.310.907.2000 |
| | |
| | Julie S. Goldemberg (pro hac vice) |
| | julie.goldemberg@morganlewis.com |
| | 1701 Market St. |
| | Philadelphia, PA 19103-2921 |
| | Tel: +1.215.963.5000 |
| | Fax: +1.215.963.5001 |
| | |
| | *Attorneys for Defendants Hewlett Packard* |

*Enterprise Company and Dreamworks Animation LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
jblumenfeld@mnat.com
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

MORRISON & FOERSTER
Michael A Jacobs (pro hac vice)
mjacobs@mofo.com
Christopher J Wiener (pro hac vice)
cwiener@mofo.com
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000

MORRISON & FOERSTER LLP
Colette Reiner Mayer (pro hac vice)
crmayer@mofo.com
755 Page Mill Road
Palo Alto, CA 94105-2482
(650) 813-5600

*Attorneys for Defendants NetApp, Inc., Apache Corporation, and ON Semiconductor Corporation*

IT IS SO ORDERED this __6__ day of March, 2019.

_____
The Honorable Richard G. Andrews

4

## EXHIBIT 1

1. IPR2019-00591
2. IPR2019-00592
3. IPR2019-00594
4. IPR2019-00597
5. IPR2019-00598
6. IPR2019-00600
7. IPR2019-00601
8. IPR2019-00603
9. IPR2019-00604
10. IPR2019-00605
11. IPR2019-00606
12. IPR2019-00607
13. IPR2019-00608